IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN BEEHNOX, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO: 19-1097 |
| | : | |
| DIVERSIFIED CONSULTANTS, INC., | : | |
| *Defendant*. | : | |

**ORDER**

**AND NOW**, this 19th day of June, 2019, upon consideration of Defendant's Unopposed Motion for an Extension of Time to file Answer (ECF No 3), it is hereby **ORDERED** that said motion is **GRANTED.**[1] Defendant shall answer or otherwise respond to the Complaint (ECF No. 1) on or before **June 25, 2019**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.

---

[1] Defendant filed the instant motion requesting an extension on June 18, 2019 – the same day its answer or response to the Complaint was due. The Court expects that any future relief sought by the parties will evidence respect for the Court's voluminous docket and provide adequate time for the Court to consider the merits of the request ***prior to*** the expiration of any relevant deadlines.