# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN BEECHNOX, : | |
| *Plaintiff*, : | |
| : | |
| v.   : | CIVIL ACTION |
| : | NO.: 19-1097 |
| DIVERSIFIED CONSULTANTS, INC., : | |
| *Defendant*. : | |

## ORDER

**AND NOW**, this 9th day of July, 2019, upon consideration of the Notice of Settlement (ECF No. 5), it is hereby **ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS** pursuant to Local Rule 41.1(b).

The Clerk of Court is directed to **CLOSE** the above-captioned matter for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II    J.